UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Trustees of the Laundry, Dry Cleaning
Workers and Allied Industries Health Fund,
UNITE HERE! and Trustees of the Laundry,
Dry Cleaning Worker and Allied Industries
RETIREMENT FUND UNITE HERE!,
        Plaintiff(s),

    -against-
FDR SERVICES CORP. OF NEW JERSEY, INC.
D/b/a FDR SERVICES OF PATERSON,
NEW JERSEY
        Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK   )
                S.S.:
COUNTY OF NEW YORK)

JUDGE HELLERSTEIN
Index No. 07 CV 6972

AFFIDAVIT OF SERVICE

    TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 20th day of August 2007, at approximately 2:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon FDR Services Corp. of New Jersey, Inc. d/b/a FDR of Paterson, New Jersey at 179 Lafayette Street, Patterson, NJ 07501, by personally delivering and leaving the same with Katherine Bolduc, Office Manager, who informed deponent that she is an agent authorized by appointment to receive service at that address.

    Katherine Bolduc is a white female, approximately 57 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 180 pounds with long sandy brown hair and brown eyes.

TIMOTHY M. BOTTI #843358

Sworn to before me this
22nd day of August, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__