**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE! and TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND,
UNITE HERE!,
           Plaintiff(s),
    -against-
FDR SERVICES CORP. OF NEW JERSEY, INC.
d/b/a FDR SERVICES OF PATERSON, NEW JERSEY,
           Defendant(s).
------------------------------------------------------------X

Index No. 07 CIV. 6972(AKH)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

      TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 19th day of September 2007, at approximately 4:10 p.m., deponent served a true copy of the **PLAINTIFFS' FIRST AMENDED COMPLAINT** upon FDR Services Corp. of New Jersey, Inc. d/b/a FDR Services of Paterson, New Jersey at 179 Lafayette Street, Paterson, NJ 07501, by personally delivering and leaving the same with Vanegas Alba, Executive Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Vanegas Alba is a Hispanic female(tan), approximately 37 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 135 pounds with brown hair and dark eyes. She speaks with an accent.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
20th day of September, 2007

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

NOTARY PUBLIC