AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE! and TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE
HERE!
                    Plaintiffs,
     -against-
FDR SERVICES CORP. OF NEW JERSEY, INC.
d/b/a FDR SERVICES OF PATERSON, NEW
JERSEY,
                    Defendants

**APPEARANCE**

Case Number: 07 Civ. 6972 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANTS - FDR SERVICES CORP. OF NEW JERSEY, INC. d/b/a
FDR SERVICES OF PATERSON, NEW JERSEY

I certify that I am admitted to practice in this court.

12/13/07
Date

*[Signature]*
Signature

David Rabinowitz, Moses & Singer, LLP    (DR 5205)
Print Name                                Bar Number

405 Lexington Avenue
Address

New York        NY          10174
City            State       Zip Code

(212) 554-7800              (212) 554-7700
Phone Number                Fax Number