# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

## Facsimile Transmission Cover Sheet

Date:    December 13, 2007

**To**

Hon. Alvin K. Hellerstein    Southern District of New York

cc:
David Sapp, Esq.    UNITE HERE

**From:**
David Rabinowitz    Moses & Singer LLP
Client/Matter:    9705-100

**Fax number**
212-805-7942

212-387-0710
Phone:
212-554-7815

Number of Pages:    1
(Including cover page)

Re: Trustees of the Laundry, Dry Cleaning Workers and Allied Ind. Health Fund, Unite Here!, et al. v. FDR Services Corp. of N.J., Inc., 07 Civ. 6972 (AKH)

**MEMO ENDORSED**

Honorable Sir:

We are counsel to defendant, and were just retained in to appear in this matter yesterday. I am writing to request a 30-day adjournment of the conference scheduled by your Honor for 9:30 a.m. tomorrow, December 14. Per your Individual Rule 1.D.: (1) The original date is December 14; (2) There have been no previous requests for adjournment; (3) n/a; (4) My adversary, David Sapp, Esq., consents to the request; (5) The proposed adjourned date is January 14, or such other date at or about that time as is convenient to the Court.

The Court's consideration is greatly appreciated.

Respectfully,

David Rabinowitz

*The conf. is adjourned to Jan. 18, 2008, 9:30 a.m.*
*12-13-07*

MICROFILMED DEC 17 2007 -3 00 PM

660705v1  009705.0100