UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
TRUSTEES OF THE LAUNDRY, DRY
CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE!
and TRUSTEES OF THE LAUNDRY, DRY
CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE
HERE!,

      Plaintiffs,

 -against-

FDR SERVICES CORP. OF NEW JERSEY, INC.,

      Defendant.
----------------------------------------------------------------- x

**ORDER**

07 Civ. 6972 (AKH)



ALVIN K. HELLERSTEIN, U.S.D.J.:

 A suggestion of settlement having been made, it is hereby:

 ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

 SO ORDERED.

Dated: April 4, 2008
    New York, New York

               _____
               ALVIN K. HELLERSTEIN
               United States District Judge

1