# △ UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

May 1, 2008

<u>**VIA FACSIMILE (212) 805-7942**</u>



So ordered
5-2-08
Alk Hellt

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE!, et al. –v.- FDR Services Corp. of New Jersey, Inc. 07 Civ. 6972 (AKH)

Dear Judge Hellerstein:

We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions owing to two Taft-Hartley employee benefit funds.

We are writing to request a brief two-week adjournment of the May 4, 2008 deadline to restore the action to your Honor's calendar. We make this request for the following reasons.

While the parties have reached a tentative settlement, the parties will require additional time to resolve certain outstanding issues and conclude the drafting and circulation of documents memorializing the settlement. While plaintiffs anticipate a successful conclusion of the action without further litigation, plaintiffs wish to preserve their right to proceed with the action in the unlikely event that the parties are unable to conclude a settlement.

For the foregoing reasons and, in the interests of judicial economy, we respectfully request that the Court extend the deadline to restore the action to your Honor's calendar to May 19, 2008. This is the first request for such an adjournment.

Today, we placed a telephone call to Kimberly Klein, Esq., defendant's counsel, to solicit her client's position on the instant application. We understand that she was in meetings today, and we have not yet received a return call. As the undersigned is out of the office on May 2, 2008 and much of Monday, May 5, 2008, we wish to submit the instant letter application to the Court before the deadline.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

Honorable Alvin K. Hellerstein
May 1, 2008
Page 2

      The Courts' considerations are appreciated.

                                              Respectfully submitted,

                                              David C. Sapp

cc(via facsimile):     Kimberly Klein, Esq.