

# ▲ UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*

*UNITE HERE Fund Administrators, Inc.*

May 19, 2008

730 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

**VIA FACSIMILE (212) 805-7942**



Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Trustees of the Laundry, Dry Cleaning Workers and Allied Industries
Health Fund, UNITE HERE!, et al. –v.- FDR Services Corp. of New
Jersey, Inc. 07 Civ. 6972 (AKH)

Dear Judge Hellerstein:

We represent the plaintiffs in the above-referenced action to collect delinquent
employee benefit fund contributions owing to two Taft-Hartley employee benefit funds.
We are writing to request a brief ten day adjournment of the May19, 2008 deadline to
restore the action to your Honor's calendar. We make this request for the following
reasons.

The parties have reached a tentative settlement and are circulating draft
documents memorializing the settlement. Because of certain outstanding issues, the
parties will require additional time to conclude the drafting of the settlement documents
and obtain the appropriate executions by the parties. While plaintiffs continue to
anticipate a successful conclusion of the action without further litigation, plaintiffs wish
to preserve their right to proceed with the action in the unlikely event that the parties are
unable to conclude a settlement.

For the foregoing reasons and, in the interests of judicial economy, we
respectfully request that the Court extend the deadline to restore the action to your
Honor's calendar to May 30, 2008. This is the second request for such an adjournment.

Kimberly Klein, Esq., defendant's counsel, consents to the instant application.

The Courts' considerations are appreciated.

Respectfully submitted,

David C. Sapp

cc(via facsimile):     Kimberly Klein, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/08

816