

**UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

May 30, 2008

<u>**VIA FACSIMILE (212) 805-7942**</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE!, et al. –v.– FDR Services Corp. of New Jersey, Inc. 07 Civ. 6972 (AKH)

Dear Judge Hellerstein:

We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions owing to two Taft-Hartley employee benefit funds. With the consent of Kimberly Klein, Esq., defendant's counsel, we are writing to request an additional adjournment of the deadline to restore the action to your Honor's calendar. We make this request for the following reasons.

As we have previously advised the Court, the parties have reached a tentative settlement and are circulating draft documents memorializing the settlement. While many of the outstanding issues referenced in our May 19, 2008 letter to your Honor were resolved, certain issues remain which will necessitate the exchange of additional drafts of the settlement agreement. Consequently the parties will require additional time to conclude the drafting of the settlement documents and obtain the appropriate executions by the parties. While plaintiffs continue to anticipate a successful conclusion of the action without further litigation, plaintiffs wish to preserve their right to proceed with the action in the unlikely event that the parties are unable to conclude a settlement.

For the foregoing reasons and, in the interests of judicial economy, we respectfully request that the Court extend the deadline to restore the action to your Honor's active calendar to June 20, 2008. This is the third request for an adjournment of the deadline to reactivate the action.

The Courts' considerations are appreciated.

Respectfully submitted,

David C. Sapp

cc(via facsimile): Kimberly Klein, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08