

**△ UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

*UNITE HERE Fund Administrators, Inc.*

730 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

August 14, 2008

**VIA FACSIMILE (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE!, et al. –v.- FDR Services Corp. of New Jersey, Inc. 07 Civ. 6972 (AKH)

Dear Judge Hellerstein:

We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions owing to two Taft-Hartley employee benefit funds. Joined by Kimberly Klein, Esq., defendant's counsel, the parties are writing to request an additional adjournment of the deadline to restore the action to your Honor's calendar.1 The parties make this request for the following reasons.

As we have previously advised the Court, the parties have reached a tentative settlement. Plaintiffs have performed an audit of the books and records of the employer to determine a sum certain of the outstanding contributions sought in the action. Plaintiffs have transmitted the results of the audit to defendant's counsel, who is reviewing the audit and its underlying calculations. According to David Wolf, Esq., Ms. Klein's associate, defendant anticipates a response to the audit by the middle of next week. Thereafter, the parties anticipate additional discussions concerning the audit results prior to drafting and circulating proposed settlement documents, including a stipulation of voluntary dismissal with prejudice to conclude the action in a manner satisfactory to both parties. The parties anticipate that this process should be concluded by September 30, 2008.

While the parties are cooperating in an effort to successfully conclude the action without further litigation, plaintiffs wish to preserve their right to proceed with the action in the unlikely event that the parties are unable to conclude a settlement.

---

1 This is the fifth request for an adjournment of the deadline to reactivate the action to your Honor's active calendar.

Honorable Alvin K. Hellerstein
August 14, 2008
Page 2

For the foregoing reasons and, in the interests of judicial economy, we respectfully request that the Court extend the deadline to restore the action to your Honor's active calendar to September 30, 2008

The Courts' considerations are appreciated.

Respectfully submitted,

David C. Sapp

cc(via facsimile):    Kimberly Klein, Esq.