UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRUSTEES OF THE LAUNDRY, DRY             :
CLEANING WORKERS AND ALLIED              :
INDUSTRIES HEALTH FUND, et al.           :
                                         :
          Plaintiffs,                    :     **ORDER**
                                         :
     -against-                           :     07 Civ. 6972 (AKH)
                                         :
FDR SERVICES CORP. OF NEW                :
JERSEY, INC.,                            :
                                         :
          Defendant.                     :
-----------------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/09

A suggestion of settlement having been made, it is hereby:

ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned.

SO ORDERED.

Dated:   New York, New York
         October 26, 2009

                                        _____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge